**No. 43897.**—Protest 987428–G of Dr. Marc Golandsky (New York).

Opinion by CLINE, J.   It was found that the flax yarn in question was not marked.   The protest was therefore overruled.

**No. 43898.**—Protest 992147–G of Standard Chemical Products, Inc. (New York).

Opinion by CLINE, J.   The appraiser reported that barrels containing the sulphur were marked "Italj."   This was held to indicate the English name of the country of origin of the sulphur, the court saying that the letter "y" poorly executed might look like a "j".   On the authority of Abstracts 43272 and 33957 the protest was sustained.

**No. 43899.**—Protest 994648–G of Universal Carloading & Distributing Co. (New York).

Opinion by CLINE, J.   It was stipulated that the painting was imported for the personal use of the importer and not intended for sale.   On the agreed facts it was held that the painting comes within the exemptions to the marking requirements of article 532 (3), Customs Regulations of 1937.   The protest was therefore sustained.

BEFORE THE FIRST DIVISION, JUNE 10, 1940

**No. 43900.**—Protest 17559–K of M. Pressner & Co. (New York).

Opinion by BROWN, J.   It was stipulated that the merchandise consists of so-called fiber whisk brooms similar to those the subject of Abstract 34593.   On the authority of that decision which covered imitation whisk brooms the claim at 50 percent under paragraph 1506 was sustained.

**No. 43901.**—Protests 910385–G, etc., of Charles B. Chrystal Co., Inc. (New York, etc.).

Opinion by BROWN, J.   It was stipulated that the merchandise consists of pumice stone, unmanufactured, similar to that which was the subject of *Chrystal* v. *United States* (C. D. 291).   The claim at one-tenth of 1 cent per pound under paragraph 206 was therefore sustained.